UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE

FRANCIS MARTINEZ,

    Plaintiff,

v.            CASE NO.: 2:17-CV-14039-RLR

ADVANCE STORES COMPANY, INC.,
d/b/a ADVANCE AUTO PARTS,

    Defendants.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

FRANCIS MARTINEZ ("Plaintiff") and DISCOUNT AUTO PARTS, LLC, d/b/a ADVANCE AUTO PARTS ("Defendant")[1], by and through their respective undersigned counsels, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this case be dismissed <u>with prejudice</u>, with each party to bear its/his own fees and costs. Plaintiff and Defendant request that this Court enter an Order of Dismissal with Prejudice.

Dated this 21st day of April, 2017.

| | |
|---|---|
| **WEISS LAW GROUP, P.A.**<br>*Attorneys for Plaintiff*<br>5531 N. University Drive, Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Fax: (954) 573-2798<br><br>BY:   */s/ Jason S. Weiss*<br>      Jason S. Weiss<br>      Jason@jswlawyer.com<br>      Florida Bar No. 356890 | **JACKSON LEWIS PC**<br>*Attorney for Defendants*<br>390 N. Orange Avenue, Suite 1285<br>Orlando, FL 32801<br>Tel: (407) 246-8440<br>Fax: (407) 246-8441<br><br>By:   */s/ Nicole A. Sbert*<br>      Nicole A. Sbert<br>      sbertn@jacksonlewis.com<br>      Florida Bar No. 0896861 |

---

[1]     Improperly named in the Complaint as Advance Stores Company, Inc.